```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
MALQUISUA MENDEZ
                                            ORDER OF DISMISSAL
        -V-                                FOR LACK OF ACTIVITY
                                      ADOPTING REPORT & RECOMMENDATION

                                            CV 10-1960 (JS)(WDW)

ACTING SHERIFF OF NASSAU CO.
----------------------------------------X
MALQUISUA MENDEZ

        -V-                                 CV 10-2573 (JS)(WDW)


MICHAEL SPOSATO
----------------------------------------X
```

APPEARANCES:
For Plaintiff:
Malquisua Mendez, *Pro Se*
#10-A-5370
Mid-State Correctional Facility
P.O. Box 2500
Marcy  NY 13403

For Defendants:
Liora Ben-Sorek, Esq.
Peter Laserna, Esq.
Nassau Co. Attorney's Office
1 West St.
Mineola  NY 11501


SEYBERT, DISTRICT JUDGE:

   The above-captioned cases were commenced on Apr. 23, 2010, and Jun. 3, 2010.

   In his Report & Recommendation dated Sep. 8, 2011 (docket entries [22] on 10-1960 and [23] on 10-2573, Magistrate Judge William D. Wall clearly outlined the plaintiff's failure to comply with deadlines and requirements.  The plaintiff had been warned that continued failure would result in a recommendation that the cases be dismissed.  Absent any further communication from the plaintiff, Judge Wall issued his Report & Recommendation.

   No objection having been received, the Report & Recommendation is adopted.

    IT IS HEREBY ORDERED that these cases be dismissed *without prejudice* for lack of prosecution, pursuant to Rule 41(b), and for failure to comply with court orders, pursuant to Rule 37(b)(2)(A)(v), Federal Rules of Civil Procedure.  The Clerk of Court is directed to mark the cases closed.

    SO ORDERED.

                                                        /s/ JOANNA SEYBERT
                                                        JOANNA SEYBERT
                                                        U.S. DISTRICT JUDGE

Dated: Central Islip, New York
       Sep. 29 , 2011